# United States District Court
# Central District of California

| | |
|---|---|
| BRIAN WALDVOGEL,<br>　　　　　　Plaintiff,<br>　　v.<br>MEDICREDIT, INC.,<br>　　　　　　Defendants. | Case No. 2:15-cv-1196-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

　　　　In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, August 10, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　　　**IT IS SO ORDERED.**

　　　　June 10, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE