Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400 x241; F: (866) 861-1390
Rlee@consumerlawcenter.com
Attorneys for Plaintiff,
BRIAN WALDVOGEL

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BRIAN WALDVOGEL, | Case No.: 2:15-cv-01196-ODW-JEM |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| MEDICREDIT, INC. | |
| Defendant. | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, BRIAN WALDVOGEL, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 21, 2015                                          KROHN & MOSS, LTD.


                                                              By: /s/ Ryan Lee, Esq.
                                                              Ryan Lee, Esq.
                                                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq